NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5113

KEITH RUSSELL JUDD,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-299, Senior Judge Loren A. Smith

ON MOTION

Before GAJARSA, LINN, and PROST, Circuit Judges.

PER CURIAM.

## O R D E R

The court treats Keith Russell Judd's various submissions as a motion for reconsideration of the court's February 6, 2009 order summarily affirming the judgment of the United States Court of Federal Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is denied.

(2)     All pending motions are moot.

FOR THE COURT

MAY -1 2009

_____
Date

cc:     Keith Russell Judd
        Sean B. McNamara, Esq.

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK